## IN THE UNITED STATE DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| GARY EVANS, as Personal Representative of the Estate of ISAAC SINGLETARY, deceased. | : : : : | |
| Plaintiff, | : : | CASE NO.:3:08-cv-1186-J-34TEM |
| JAMES NARCISSE, individually; DONALD MAYNARD, individually; DARRIN GREEN, individually; and the CITY OF JACKSONVILLE a political subdivision of the State of Florida | : : : : : | |
| Defendants. | : : | |

## NOTICE OF SETTLEMENT BETWEEN
## PLAINTIFF AND DEFENDANTS AND STIPULATION
## FOR DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Plaintiff, Gary Evans ("Evans"), as Personal Representative for the Estate of Isaac Singletary, and Defendant, the City of Jacksonville, pursuant to Local Rule 3.08 of the United States District Court for the Middle District Court of Florida, notify the Court that Evans and the City of Jacksonville have settled this case as to all claims brought against all the Defendants.  Evans and the City of Jacksonville stipulate that they have resolved all claims that were brought against the City of Jacksonville and all other Defendants, and further stipulate that they have resolved all claims that were brought or might have been brought by Evans against the City of Jacksonville or Officers Donald Maynard and Darrin Green or any other past or current officer, employee, agent, contractor or servant of  the City of Jacksonville, including but not limited to James Narcisse, for all acts or omissions arising out of and in the course and scope of the City of Jacksonville employment or function or pursuant to contractual arrangement by or among any of the parties.

All parties, by and through undersigned counsel, respectfully request that the Court enter an Order pursuant to Federal Rule of Civil Procedure 41(a)(2) dismissing with prejudice the action as to all Defendants.

| | |
|---|---|
| /s/ Benjamin L. Crump | /s/ Jon R. Phillips |
| **Benjamin L. Crump, Esquire** | **Jon R. Phillips, Esquire** |
| Florida Bar No.: 0072583 | **Assistant General Counsel** |
| Parks and Grump, L.L.C. | Florida Bar No.: 273813 |
| 240 N. Magnolia Drive | Office of General Counsel |
| Tallahassee, FL 32301 | 117 West Duval Street, Suite 480 |
| (850) 224-6400 - Telephone | Jacksonville, Florida 32202 |
| (850) 224-6679 - Facsimile | (904) 630-1609 - Telephone |
| Attorney for Plaintiff | (904) 630-1316 - Facsimile |
| bcrump@parkscrump.com | Attorney for Defendants, |
| | City of Jacksonville, Donald |
| | Maynard and Darrin Green |
| | Jphillips@coj.net |

   /s/ Paul A. Daragjati
**PAUL A. DARAGJATI, ESQ.**
Florida Bar No.: 0713813
5530 Beach Boulevard
Jacksonville, Florida 32202
904-398-7010; 904-398-7192 (fax)
PDaragjati@fop530.com
Attorney for Defendants James Narcisse

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of July, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A.

   /s/ Jon R. Phillips
Attorney